IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARQUIS ENERGY, LLC,<br><br>            Plaintiff,<br><br>vs.<br><br>RAYEMAN ELEMENTS, INC., and PVD LENDER, LLC,<br><br>            Defendants. | **8:21CV426**<br><br>**SHOW CAUSE ORDER** |

A summons was issued as to Defendant Rayeman Elements, Inc. on November 10, 2021 and returned executed on November 15, 2021. (Filing Nos. 8 and 12). Therefore, the deadline for Defendant Rayeman Elements, Inc. to answer or otherwise respond to the Complaint filed by Plaintiff Marquis Energy, LLC was December 6, 2021. Defendant has not, to date, filed an answer or other response and no explanation has been provided to the court regarding the failure to litigate the claims against this defendant. Plaintiff has a duty to prosecute this case.

Accordingly, IT IS ORDERED that Plaintiff shall have until March 4, 2022 to show cause why its claims against Defendant Rayeman Elements, Inc should not be dismissed for want of prosecution. See NECivR 41.2. The failure to timely comply with this order may result in dismissal of the claims against Defendant Rayeman Elements, Inc. without further notice.

Dated this 11th day of February, 2022.

                                                BY THE COURT:

                                                *s/ Cheryl R. Zwart*
                                                United States Magistrate Judge