IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARQUIS ENERGY, LLC,<br><br>            Plaintiff,<br><br>vs.<br><br>PVD LENDER, LLC,<br><br>            Defendant. | **8:21CV426**<br><br>**ORDER** |

The court has been advised that the parties in the above-captioned matter have settled their claims.

Accordingly,

IT IS ORDERED that:

1) Within thirty (30) calendar days of the date of this order, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court.

2) Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3) The trial is cancelled, and all pending motions are denied as moot.

Dated this 8th day of January, 2024.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge