IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARQUIS ENERGY, LLC, | ) | CASE NO. 8:21-CV-00426-RFR-JMD |
| Plaintiff, | ) | |
| v. | ) | |
| RAYEMAN ELEMENTS, INC., and PVD LENDER, LLC, | ) | |
| Defendants. | ) | |

**STIPULATION FOR JOINT DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiff Marquis Energy, LLC and Defendant PVD Lender, LLC, by and through their respective counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby advise the Court that they have settled their various disputes and request the Court to dismiss the Plaintiff's action in its entirety, including all remaining claims set forth in the Complaint, with prejudice, and for each party to bear its own costs. Nothing in this stipulation is intended to affect the Default Judgment granted by the Court on January 31, 2024, in favor of PVD Lender, LLC against Defaulted Defendant Rayeman Elements, Inc.

Dated this 6th day of February 2024.

MARQUIS ENERGY, LLC, Plaintiff

By:   /s/ *Brian T. McKernan*
      Brian T. McKernan, #22174
      Alexander K. Shaner, #27092
      McGrath North Mullin & Kratz, PC LLO
      First National Tower, Suite 3700
      1601 Dodge Street
      Omaha, Nebraska 68102
      (402) 341-3070
      (402) 341-0216 fax
      bmckernan@mcgrathnorth.com
      ashaner@mcgrathnorth.com
      ATTORNEYS FOR PLAINTIFF

Dated this 6th day of February 2024         PVD LENDER, LLC, Defendant

By:  /s/ *Cody B. Nickel*
Brian J. Koenig, #23807
Cody B. Nickel, #26838
Koley Jessen, PC LLO
One Pacific Place, Suite 800
1125 South 103rd Street
Omaha, NE 68124
(402) 390-9500
(402) 390-9005 fax
brian.koenig@koleyjessen.com
cody.knickel@koleyjessen.com
ATTORNEYS FOR PVD LENDER, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/      Brian T. McKernan

2